UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

*MAR 19 1998 ORIGINAL*

*FILED MAR 18 1998*

| | |
|---|---|
| FIBROGEN, INC., SKIN SCIENCES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SKINCEUTICALS, INC., ALDEN PINNELL, and RUSSELL MOON,<br><br>Defendants. | CIVIL ACTION NO.: 3-97CV2492-D<br><br>ORDER DISMISSING CASE ON NOTICE OF STIPULATED DISMISSAL PURSUANT TO FRCP 41 ~~AND PROPOSED ORDER~~<br><br>ENTERED ON DOCKET<br>MAR 19 1998  PURSUANT TO F.R.C.P. RULES 58 AND 79a |

WHEREAS all parties to the above-captioned action have entered into a settlement agreement,

IT IS HEREBY STIPULATED AND AGREED to by the parties through their undersigned counsel that this action be dismissed, with prejudice, upon the following terms:

1. Defendants agree that United States Patent No. 5,140,043 is valid and defendants will not contest validity in any future action.

/ / /

/ / /

ORDER DISMISSING CASE ON
NOTICE OF DISMISSAL
[Case No. 3-97CV2492]

58

1

2. Each party will bear their own costs and attorneys' fees in this action, as well as any other currently pending actions between the parties.

Dated: 3/13/98, 1998

By: /s/ David Bilsker
David L. Bilsker, CA SBN 152383
John R. Moore, CA SBN 188816
David West, CA SBN 187449
ARNOLD WHITE & DURKEE
155 Linfield Drive
Menlo Park, CA 94025
(650) 614-4500

Attorneys for Plaintiffs
FIBROGEN, INC. and SKIN SCIENCES, INC.

Dated: 3/17, 1998

By: /s/ Earl Hale
Earl F. Hale, Jr., TX SBN 08736000 / 08736020
Michael Prince, TX SBN 16328700
Craig W. Weinlein, TX SBN 21095500
James W. Kuntz, TX SBN 00796912
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, LLP
200 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 855-3000

Attorneys for Defendants
SKINCEUTICALS, INC., ALDEN PINNELL,
RUSSELL MOON and BEAU VISAGE

IT IS SO ORDERED

/s/ Sidney A. Fitzwater
SIDNEY A. FITZWATER
UNITED STATES DISTRICT COURT JUDGE

P: 31259(_4B01!.DOC)